David Mayer Brewing Company, Respondent, v. Andro Hopko, Appel-

lant.— Judgment affirmed, with costs. No opinion. (Ingraham, P. J., and Miller, J., dissenting.)

The Investors' Agency, Respondent, v. Woodside·Heights Land Corporation, Appellant.—Judgment affirmed, with costs. No opinion. (Dowling, J., dissenting.)

Joe Morris, Respondent, v. Mittenthal Brothers Amusement Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Jacob Podalsky and Hyman Fabricant, Respondents, v. John B. Ireland, Appellant.—Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., dissenting upon the ground that the evidence discloses no authority on behalf of the defendant for making the lease in question.)

Marion L. Nichols, Appellant, v. Charles J. Greenstreet, Respondent.—Judgment and order affirmed, with costs. No opinion.